David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6465 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Donald Rashke,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Pfizer Inc., et al.<br><br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Donald Rashke, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010　　　　MATTHEWS & ASSOCIATES

　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　David P. Matthews
　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | DATED: Jan. 12, 2010    DLA PIPER LLP (US) |
| 2 | |
| 3 | By: _____ |
| | Michelle W. Sadowsky |
| 4 | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

Hon. Charles R. Breyer
United States District Court

-2-