1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12 IN RE: BEXTRA AND CELEBREX          )   Case No. 06-6465 CRB
   MARKETING SALES PRACTICES AND       )
13 PRODUCT LIABILITY LITIGATION        )   MDL NO. 1699
                                       )   District Judge: Charles R. Breyer
14 ─────────────────────────────       )
                                       )
15 Donald Rashke,                      )
                                       )   **STIPULATION AND ORDER OF**
16                      Plaintiffs,    )   **DISMISSAL WITH PREJUDICE**
                                       )
17              vs.                    )
                                       )
18 Pfizer Inc., et al.                 )
                                       )
19                      Defendants.    )
   ─────────────────────────────       )

20
        Come now the Plaintiffs, Donald Rashke, and Defendants, by and through the
21
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
   stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with
23
   each side bearing its own attorneys' fees and costs.
24

25

26      DATED: Jan. 12, 2010         MATTHEWS & ASSOCIATES

27                                   By: _____
                                          David P. Matthews
28                                        *Attorneys for Plaintiffs*

                                    -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: Jan. 12, 2010        DLA PIPER LLP (US)

   By: _____
        Michelle W. Sadowsky
        *Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE